Jeremy S. Golden, Esq. SBN 228007
Cory M. Teed, Esq. SBN 299780
Golden & Cardona-Loya, LLP
3130 Bonita Road, Suite 200B
Chula Vista, CA 91910
cory@goldencardona.com
Phone: 619-476-0030 Fax: 775-898-5471
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALICIA FRANKLIN, | Case No.: 22-cv-04123-JST |
| Plaintiff, | [PROPOSED] ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE |
| v. | |
| SYNCHRONY BANK; EQUIFAX INFORMATION SERVICES, LLC; and DOES 1 through 10, inclusive, | |
| Defendants. | |

Pursuant to the stipulation this court hereby dismisses this action with prejudice. Each party to bear its own fees and costs.

IT IS SO ORDERED.

DATE: April 11, 2023        BY: _____
                                UNITED STATES DISTRICT JUDGE

1
[PROPOSED] ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE